UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Edward Thomas Kennedy

           v.                              Case No. 1:18-fp-878

NH, State of, et al



NOTICE - FILING FEE OMITTED


     Documents necessary to process your case were not included
with your filing.  You must pay the applicable filing fee or file
an Application to Proceed Without Prepayment of Fees or Costs by
November 30, 2018. This matter will not be considered a civil
case and no action will be taken by the court on it until the
appropriate fee has been paid or an application to proceed
without prepayment has been granted.


Filing Fee: The filing fee for your case is $400.00 ($350.00
filing fee plus $50.00 administrative fee), and may be paid in
cash, by certified bank check or money order (made payable to
Clerk, U.S. District Court), or by credit card (Visa, MasterCard,
Discover, or American Express). The court does not accept
personal checks.


Proceed Without Prepayment of Fees or Costs:  If you want

to proceed without prepayment you must complete and file an

Application to Proceed Without Prepayment of Fees or Costs.


                                        By the Court,


                                        */s/ Megan Cahill___*
                                        Megan Cahill
                                        Deputy Clerk

Date: October 1, 2018

Attachments