```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Edward Thomas Kennedy

    v.

                                      Case No. 18-cv-878-LM

State of New Hampshire,
New Hampshire Bar Association,
University of New Hampshire School of Law,
and American Bar Association

## JUDGMENT

In accordance with the Order by Chief Judge Landya B. McCafferty dated November 13, 2018, judgment is hereby entered.

                                        By the Court:

                                        /s/ Tracy A. Uhrin
                                        Tracy A. Uhrin
                                        Chief Deputy Clerk

Date: November 13, 2018

cc: Edward Thomas Kennedy, pro se